# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3604

_____

David Washington Spikes;          *
Monique Caldwell Spikes,          *
                                  *
            Appellants,           *   Appeal from the United States
                                  *   District Court for the Eastern
     v.                           *   District of Arkansas.
                                  *
Century Management, Inc.,         *        [UNPUBLISHED]
                                  *
            Appellee.             *

_____

Submitted:  May 4, 2000

Filed:  May 18, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

David Washington Spikes and Monique Caldwell Spikes appeal the district court's adverse grant of summary judgment in the Spikes' negligence action against Century Management, Inc.  Having considered the record and the parties' briefs, we conclude the grant of judgment was proper for the reasons stated by the district court. We thus affirm.  See 8th Cir. R. 47B.

We deny Century Management's motions to strike portions of the Spikes' appendix.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.